AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**ORIGINAL**

| | |
|---|---|
| United States of America<br>v.<br><br>ALEX TYLER BUENAGA | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  2:25cr31

FBI: 11782748
FBI

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alex Tyler Buenaga                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  T.18:2251(a) and 2 - Production of Child Pornography (Count One, et al)

Date:      03/19/2025

_____
*Issuing officer's signature*

City and state:    Norfolk, Virginia

Lawrence R. Leonard, U.S. Magistrate  Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)*  24 MAR 2025      , and the person was arrested on *(date)*  28 MAR 2025
at *(city and state)*    Norfolk  VA                .

Date:  28 MAR 2025

_____
*Arresting officer's signature*

D. Payne,  DUSM
*Printed name and title*