# COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
## NORFOLK DIVISION

**<u>GUILTY PLEA</u>**                                          Date: <u>March 25, 2026</u>

Time Set: <u>11:00 a.m.</u>                      Presiding Judge: <u>Jamar K. Walker</u>

Started: <u>10:57 a.m.</u>                   Court Reporter: <u>Carol Naughton, OCR</u>

Ended: <u>11:30 a.m.</u>                        U.S. Attorney: <u>J. Kosky</u>

Defense Counsel: <u>S. Katchmar</u>

Cr. No. <u>2:25-cr-31 (01)</u>                   Courtroom Deputy: <u>B. Peters</u>

Defendant: <u>Alex Tyler Buenaga</u>            **_X_  In Custody  __ On Bond**

|  |  |
|---|---|
|  | Interpreter sworn. Name: |
| X | Plea Agreement Hearing. |
| X | Defendant sworn. |
| X | Court fully advised defendant re proceedings and their rights. Defendant acknowledged they understood. |
| X | Defendant satisfied with services and effectiveness of counsel. |
| X | Court inquired re: threats or promises. |
| X | Court inquired re: voluntariness of plea. |
| X | Court inquired re: prior plea offers. |
| X | Court explained charge(s) and maximum penalties. |
| X | Court explained the essential elements of the offense(s). |
| X | Court explained that by pleading guilty, defendant waived their right to appeal. |
| X | Court explained to defendant that by pleading guilty, a jury trial is waived. |
| X | Plea Agreement and/or Statement of Facts reviewed. |
| X | Plea of guilty to <u>Counts 1, 3, and 14 of the Superseding Indictment</u> **accepted** by the Court. |
| X | Court **adjudges** defendant guilty as charged in <u>Counts 1, 3, and 14</u>. |
| X | Plea Agreement entered & filed in open court. |
| X | Statement of Facts entered & filed in open court. |
| X | Continued for presentence investigation report. |
| X | Unsigned copy of Sentencing Procedures Order furnished to defendant. |
| X | Set for disposition on <u>September 22, 2026, at 11:00 a.m. in Norfolk</u>. |
| X | Sentencing Procedures Order executed, entered, and filed in open court. |
| X | Consent Order of Forfeiture executed, entered, and filed in open court. |
|  | Defendant continued on present bond. |
| X | Defendant remanded to custody of U.S. Marshal. |